UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDA C. HOOK, | ) | 3:11-cv-00364-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHESTER UGALDE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This action was removed to federal court on May 20, 2011, by defendant Cessna Aircraft Company. Defendant Continental Motors, Inc., formerly known as and incorrectly sued as Teledyne Continental Motors, filed a supplemental notice of jurisdiction on June 6, 2011. Plaintiff filed a motion to remand (#19) on June 17, 2011. Both Cessna Aircraft Company and Continental Motors, Inc. opposed the motion to remand. No other defendants have joined in removal or responded to the motion to remand. A hearing on the

1

1  motion to remand is scheduled for November 9, 2011, at 10:30 a.m.
2       On September 8, 2011, defendant Cessna Aircraft Company was
3  dismissed without prejudice through a stipulation.  On October 13,
4  2011, defendant Continental Motors, Inc. was dismissed without
5  prejudice through a stipulation.
6       All remaining defendants who have been served with the summons
7  and complaint in this action shall have ten (10) days from the date
8  of this order in which to join in removal or respond to the motion
9  to remand.
10      **IT IS SO ORDERED.**
11      DATED: This 18th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE